UNITED STATES DISTRICTCOURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JUANITA WOODEN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No.: 3:22-cv-00947-JSF |
| | ) **JURY DEMAND** |
| | ) |
| **WAL-MART STORES EAST, L.P.,** | ) |
| | ) |
| Defendant, | ) |
| | ) |

## ORDER GRANTING VOLUNTARY NON-SUIT

The Court, after considering the Plaintiff's Notice of Voluntary Non-Suit, is of the opinion that the non-suit should be, in all things, GRANTED. IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the above styled and numbered cause be, and same is hereby non-suited with prejudice.

Defendant shall pay court costs associated with the filing of this matter. All matters not expressly granted herein are hereby dismissed.

SIGNED THIS THE _____ DAY OF _____, 2024.

_____
Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 12th day of April 2024, a true and correct copy of the Notice of Voluntary NonSuit has been served upon the following via electronic mail and/or United States Postal Service to the following:

Greg Callaway, Esq.
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct: (615) 921-5226
Office: (615) 244-3370
Fax: (615) 244-3518
Email: gcallaway@howell-fisher.com
Attorney for Defendant

/s/ Phillip S. Georges
Phillip S. Georges, Esq