# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JUANITA WOODEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:22-cv-00947 |
| | ) | JURY DEMAND |
| WAL-MART STORES EAST, L.P., | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION AND MOTION FOR ENTRY OF FINAL ORDER
## OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby file this joint

Stipulation and Motion for dismissal with prejudice.   A copy of an agreed Stipulation and

proposed agreed final Order of dismissal with prejudice is attached to this joint Stipulation and

Motion, which the parties respectfully request that this Honorable Court approve and enter in this

matter.

**RESPECTFULLY SUBMITTED:**


s/ Greg Callaway
Greg Callaway, No. 18575
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN   37203
Direct: (615) 921-5226
Office: (615) 244-3370
Fax:       (615) 244-3518
Email: gcallaway@howell-fisher.com
Attorney for Defendant

s/ Phillip S. Georges by Greg Callaway
with express permission granted 4-17-2024
Phillip S. Georges, Esq. BPR# 038360
Phillip S. Georges, PLLC.
501 Union Street, Suite 200D
Nashville, TN 37219
TEL:   629-333-4945
FAX:   615-576-8668
Email: phil@wolfpacklawyers.com
Attorney for Plaintiff


1

**CERTIFICATE OF SERVICE**

       I certify that a copy of the foregoing was served via ECF upon Phillip S. Georges, 501 Union Street, Suite 200D, Nashville, TN 37219; on this 17th day of April, 2024.


                                          s/Greg Callaway