IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JUANITA WOODEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 3:22-cv-00947 |
| | ) **JURY DEMAND** |
| **WAL-MART STORES EAST, L.P.,** | ) **MAGISTRATE JUDGE FRENSLEY** |
| | ) |
| **Defendant.** | ) |

**AGREED STIPULATION AND FINAL ORDER OF
DISMISSAL WITH PREJUDICE**

It appears to the Court that the parties have filed a joint Stipulation and Motion for dismissal with prejudice since all matters in controversy have been compromised and settled. Further, plaintiff and plaintiff's counsel represent, by plaintiff's counsel signature below, that they have or will comply with all requirements of T.C.A. § 71-5-117 regarding TennCare and Medicare, that plaintiff has no child support liens or arrearages outstanding or currently owed, and that all liens, of any type or kind, including, but not limited to, United Healthcare, TennCare and/or Medicare will be satisfied by plaintiff from the settlement proceeds as required by law.

Based upon the foregoing, the parties' joint Stipulation and Motion for dismissal with prejudice is hereby granted.

It is therefore **ORDERED, ADJUDGED AND DECREED** that any and all claims are hereby dismissed with prejudice.

1

**IT IS SO ORDERED** this_____day of April, 2024.

_____
 UNITED STATES MAGISTRATE JUDGE
 JEFFREY S. FRENSLEY

**APPROVED FOR ENTRY:**

s/ Greg Callaway
Greg Callaway, No. 18575
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
Direct: (615) 921-5226
Office: (615) 244-3370
Fax:   (615) 244-3518
Email: gcallaway@howell-fisher.com
Attorney for Defendant

s/ Phillip S. Georges by Greg Callaway
with express permission granted 4-17-2024
Phillip S. Georges, Esq. BPR# 038360
Phillip S. Georges, PLLC.
501 Union Street, Suite 200D
Nashville, TN 37219
TEL:   629-333-4945
FAX:   615-576-8668
Email: phil@wolfpacklawyers.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via ECF upon Phillip S. Georges, 501 Union Street, Suite 200D, Nashville, TN 37219; on this 17th day of April, 2024.

s/Greg Callaway